█ MISRAHI REALTY CORP., Appellant, v 18 ORCHARD REALTY LLC, Respondent. [47 NYS3d 907]—

Order, Supreme Court, New York County (Robert R. Reed, J.), entered on or about April 22, 2016, which denied plaintiff's motion to strike defendant's answer or, inter alia, compel defendant to respond to interrogatories, unanimously affirmed, without costs.

Supreme Court providently exercised its discretion in denying plaintiff's motion to strike the answer, since defendant's conduct was not shown to be willful, contumacious or due to bad faith (*cf. Henderson-Jones v City of New York*, 87 AD3d 498, 504, 505 [1st Dept 2011]). Moreover, the branch of the motion seeking to compel was properly denied based on the motion court's determination that the numerous interrogatories, with subparts, were overbroad and burdensome (*see Botsas v Grossman*, 7 AD3d 654, 655 [2d Dept 2004]; *Editel, N.Y. v Liberty Studios*, 162 AD2d 345, 345 [1st Dept 1990]; *see also* Uniform Rules for Trial Cts [22 NYCRR] § 202.70 [g] [rule 11-a (a)]). Concur—Acosta, J.P., Richter, Manzanet-Daniels, Gische and Webber, JJ.